```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  MARC DAYS, CA Bar #184098
    Assistant Federal Defender
 3  Designated Counsel for Service
    2300 Tulare Street, Suite 330
 4  Fresno, California  93721-2226
    Telephone: (559) 487-5561
 5
    Attorney for Defendant
 6  SAMUEL SALAZAR-CORONA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 1:08-cr-00333 AWI |
| ) | |
| Plaintiff, ) | STIPULATION TO CONTINUE STATUS |
| ) | CONFERENCE HEARING; ORDER |
| v. ) | |
| ) | Date : February 9, 2009 |
| SAMUEL SALAZAR-CORONA, ) | Time: 9:00 a.m. |
| ) | Judge: Hon. Anthony W. Ishii |
| Defendant. ) | |
| ) | |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, that the Status Conference Hearing in the above captioned matter scheduled for January 12, 2009, **may be continued to February 9, 2009, at 9:00 a.m.**

This continuance is requested by counsel for the defendant to allow additional time for defense investigation and for plea negotiation prior to hearing. The requested continuance will conserve time and resources for both counsel and the court.

///

///

///

///

///

1  The parties agree that the delay resulting from the continuance shall be excluded in the interests of
2  justice, including but not limited to, the need for the period of time set forth herein for further defense
3  preparation pursuant to 18 U.S.C. §§3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

        McGREGOR W. SCOTT
        United States Attorney

DATED: January 8, 2009        /s/ Ian Garriques
        IAN GARRIQUES
        Assistant United States Attorney
        Attorney for Plaintiff

        DANIEL J. BRODERICK
        Federal Defender

DATED: January 8, 2009        /s/ Marc Days
        MARC DAYS
        Assistant Federal Defender
        Attorney for Defendant
        Samuel Salazar-Corona

## **O R D E R**

IT IS SO ORDERED. Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

IT IS SO ORDERED.

**Dated:   January 9, 2009**        /s/ Anthony W. Ishii
        CHIEF UNITED STATES DISTRICT JUDGE